```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 07862
   CYNTHIA L HANNAH
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1569

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 03/07/2005 and was confirmed 04/18/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors an estimated  50.11% from remaining funds.

      The case was paid in full 12/08/2008.
--------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
   COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00              .00
   COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   13490.00            .00        13490.00
   CITY OF CHICAGO WATER DE   SECURED           700.00            .00          700.00
   PIERCE & ASSOC             NOTICE ONLY    NOT FILED            .00              .00
   BP AMOCO                   UNSECURED      NOT FILED            .00              .00
   COMED                      UNSECURED      NOT FILED            .00              .00
   PEOPLES GAS LIGHT & COKE   UNSECURED            .00            .00              .00
   SALLIE MAE INC             UNSECURED        2512.93            .00         1259.15
   AT & T BANKRUPCTY          NOTICE ONLY    NOT FILED            .00              .00
   RESURGENT ACQUISITION LL   UNSECURED OTH    198.14             .00            99.27
   ERNESTO D BORGES JR        DEBTOR ATTY     1,700.00                        1,700.00
   TOM VAUGHN                 TRUSTEE                                         1,078.58
   DEBTOR REFUND              REFUND                                            224.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
   TRUSTEE          18,551.00

   PRIORITY                                        .00
   SECURED                                   14,190.00
   UNSECURED                                  1,358.42
   ADMINISTRATIVE                             1,700.00
   TRUSTEE COMPENSATION                       1,078.58
   DEBTOR REFUND                                224.00
                    --------------         --------------
   TOTALS           18,551.00                18,551.00




                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 07862 CYNTHIA L HANNAH
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 07862 CYNTHIA L HANNAH